No. 26-1021

In the
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

ENBRIDGE ENERGY, LIMITED PARTNERSHIP; ENBRIDGE ENERGY COMPANY, INC.; ENBRIDGE ENERGY PARTNERS, L.P.,

    Plaintiffs-Appellees,

v.

GRETCHEN WHITMER, the Governor of the State of Michigan in her official capacity, and SCOTT BOWEN, Director of the Michigan Department of Natural Resources, in his official capacity,

    Defendants-Appellants.

Appeal from the United States District Court
Western District of Michigan, Southern Division
Honorable Robert J. Jonker

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Sixth Circuit Rule 26(a)(1), Defendants-Appellants Gretchen Whitmer, in her official capacity as Governor of the State of Michigan, and Scott Bowen, in his official capacity as Director of the Michigan Department of Natural Resources (collectively, the State Officials), respectfully move for a 60-day extension of time to file their opening brief in this matter.

1

The brief is currently due on March 3, 2026, and the extension, if granted, would make the new due date May 4, 2026.

In support of this motion, the State Officials state as follows:

1. This lawsuit was filed against the heads of multiple state agencies, and this appeal raises complex and important issues regarding the State's sovereign ownership of submerged lands, comity between state and federal courts, the preemptive reach of a federal statute, and the foreign affairs doctrine. Preparing the State Officials' brief on these important matters will require collaboration among multiple state agencies and multiple levels of government review. This collaboration will require additional time to complete.

2. This case and a related one are currently the subject of active litigation before the Supreme Court of the United States. Those proceedings will require significant attention from the State Officials' counsel over the coming weeks, limiting their ability to engage in the necessary coordination and to prepare the State Officials' opening brief in this matter. In particular, the Supreme Court will hear oral argument in a related case, *Enbridge Energy, LP v. Nessel*, No. 24-783, on February 24, 2026. The Supreme Court also recently granted

Plaintiffs-Appellees' (collectively, Enbridge) second request for an extension of time to respond to the State Officials' petition for a writ of certiorari in this matter, *Whitmer, et al. v. Enbridge Energy LP, et al.*, No. 25-582. Enbridge's response brief is now due on February 23, 2026, and the State Officials' reply brief will be due on March 9, 2026.

3. In addition, the State Officials' counsel with primary responsibility in this matter also have significant obligations in other active matters over the coming weeks. This includes a hearing in the Livingston County Circuit Court on February 11, 2026, a merits brief due in the Michigan Court of Appeals on April 2, 2026, and a U.S. Supreme Court filing by the Michigan Solicitor General due on February 20, 2026, in addition to the usual press of business.

4. The State Officials' counsel contacted Enbridge's counsel concerning this motion and asked for Enbridge's position. Enbridge does not oppose this motion.

5. The State Officials have not sought or received any prior extensions in this appeal. The State Officials are eager to present their arguments to the Court and will prosecute this matter as expeditiously as possible. This request is not made for purposes of delay, but rather

3

to ensure the Court receives a well-developed brief addressing the complex and important issues presented.

WHEREFORE, the State Officials respectfully request a 60-day extension of time to file their opening brief in this matter, making the new due date May 4, 2026.

                                        Respectfully submitted,

                                        /s/ *Keith D. Underkoffler*
                                        Keith D. Underkoffler
                                        Echo Aloe
                                        Assistant Attorneys General
                                        Environment, Natural Resources, and Agriculture Division
                                        P.O. Box 30755
                                        Lansing, MI 48909
                                        (517) 335-7664
                                        underkofflerk@michigan.gov
                                        aloee1@michigan.gov

                                        Daniel P. Bock
                                        Special Assistant Attorney General
                                        Fahey Schultz Burzych Rhodes PLC
                                        4151 Okemos Road
                                        Okemos, MI 48864
                                        (517) 312-3130

Dated:  February 5, 2026

## CERTIFICATE OF COMPLIANCE

Certificate of Compliance with Type-Volume Limit,
Typeface Requirements, and Type Style Requirements

1. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the part of the document exempted by Federal Rule of Appellate Procedure 27(a)(2)(B), this motion contains no more than 5,200 words. This document contains 507 words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Word 2013 in 14-point Century Schoolbook.

        Respectfully submitted,

        /s/ *Keith D. Underkoffler*
        Keith D. Underkoffler
        Echo Aloe
        Assistant Attorneys General
        Environment, Natural Resources, and Agriculture Division
        P.O. Box 30755
        Lansing, MI 48909
        (517) 335-7664
        underkofflerk@michigan.gov
        aloee1@michigan.gov

        Daniel P. Bock
        Special Assistant Attorney General
        Fahey Schultz Burzych Rhodes PLC
        4151 Okemos Road
        Okemos, MI 48864
        (517) 312-3130

Dated:  February 5, 2026

## CERTIFICATE OF SERVICE

I certify that on February 5, 2026, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record (designated below).

    Respectfully submitted,

    /s/ *Keith D. Underkoffler*
    Keith D. Underkoffler
    Echo Aloe
    Assistant Attorneys General
    Environment, Natural Resources, and Agriculture Division
    P.O. Box 30755
    Lansing, MI 48909
    (517) 335-7664
    underkofflerk@michigan.gov
    aloee1@michigan.gov

    Daniel P. Bock
    Special Assistant Attorney General
    Fahey Schultz Burzych Rhodes PLC
    4151 Okemos Road
    Okemos, MI 48864
    (517) 312-3130

Dated: February 5, 2026

LF: Enbridge Straits (Dec & Inj Relief) (v DNR) 6COA/LF# 2020-0306464-D/Motion for Extension of Time 2026-02-05