UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

ENBRIDGE ENERGY, LP;
ENBRIDGE ENERGY COMPANY,
INC.; ENBRIDGE ENERGY
PARTNERS, L.P.,

    Plaintiffs-Appellees,

v.

GRETCHEN WHITMER, *et al.,*

    Defendants-Appellants.

Appeal No. 26-1021

**MOTION FOR EXTENSION OF TIME TO FILE
ANSWERING BRIEF**

Appellees Enbridge Energy, Limited Partnership, Enbridge Energy Company, Inc., and Enbridge Energy Partners, L.P. (collectively, "Enbridge") respectfully request a 26-day extension of time, to and including July 1, 2026, in which to file the answering brief. In support of this motion, Enbridge states as follows:

1.    Appellants filed their opening brief on the extended due date of May 4, 2026.  They requested, and were granted, a sixty-day extension to file that brief.

2.    Under the current briefing schedule, Enbridge's answering brief is due on June 5, 2026.

1

3.      Apart from other press of work obligations of Enbridge's counsel, Enbridge requests a 26-day extension of time to file its brief in order to provide Enbridge's counsel with an adequate opportunity to address the various arguments raised in the opening brief, along with the arguments raised by the various amici who have filed briefs in support of Appellants in this matter.

4.      Counsel for Appellees have worked diligently on this case and intend to continue doing so.

5.      A 26-day extension of time for Enbridge to file its answering brief would not unduly delay the appeal.

6.      This is Enbridge's first request for an extension of time in this appeal.

Accordingly, Enbridge respectfully requests a 26-day extension of time, to and including July 1, 2026, to file its answering brief.

Dated: May 22, 2026                          Respectfully Submitted,

By:    /s/    Alice E. Loughran

Phillip J. DeRosier                          Alice E. Loughran
DICKINSON WRIGHT PLLC                        STEPTOE LLP
500 Woodward Avenue, Suite 4000              1330 Connecticut Avenue, NW
Detroit, MI 48226                            Washington, DC 20036
(313) 223-3866                               (202) 429-3000
pderosier@dickinsonwright.com                aloughran@steptoe.com

Jeffery V. Stuckey                           John J. Bursch
DICKINSON WRIGHT PLLC                        BURSCH LAW PLLC
123 W. Allegan Street, Suite 900             9339 Cherry Valley Avenue SE, #78
Lansing, MI 48933                            Caledonia, MI 49316
(517) 371-1730                               (616) 450-4235
jstuckey@dickinsonwright.com                 jbursch@burschlaw.com

2

**CERTIFICATE OF SERVICE**

I certify that I caused the foregoing motion to be filed with the Clerk of the United States Court of Appeals for the Sixth Circuit via the CM/ECF system and served a copy on all counsel of record, this 22nd day of May, 2026, by the CM/ECF system.

/s/   Alice E. Loughran
Alice E. Loughran