**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

|  |  |
|---|---|
| ENBRIDGE ENERGY, LIMITED PARTNERSHIP, ENBRIDGE ENERGY COMPANY, INC., and ENBRIDGE ENERGY PARTNERS, L.P.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>GRETCHEN WHITMER, *et al.*,<br><br>Defendants-Appellants. | Appeal No. 26-1021 |

**MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF**

Appellees Enbridge Energy, Limited Partnership, Enbridge Energy Company, Inc., and Enbridge Energy Partners, L.P. (collectively, "Enbridge") respectfully request a 10-day extension of time, to and including July 10, 2026, in which to file the answering brief. In support of this motion, Enbridge states as follows:

1. Appellants filed their opening brief on the extended due date of May 4, 2026. They requested, and were granted, a sixty-day extension to file the opening brief. Several amici filed briefs on May 11, 2026.

2. On May 22, 2026, this Court granted Enbridge a 26-day extension to file the answering brief, which moved the deadline to Wednesday, July 1, 2026. Enbridge now seeks an additional extension of ten days, up to and including Friday, July 10, 2026.

3. Enbridge requests this extension because its counsel has other pressing court deadlines that, absent an extension, will prevent counsel from devoting adequate time to the brief. For example, one of Enbridge's counsel filed a reply brief in Seventh Circuit on

1

June 3 in *Motorola Solutions v. Hytera*, No. 25-2569, has supplemental briefing due on June 22 in that appeal, and an upcoming oral argument on July 1. The short, ten-day extension—which includes the July 4 holiday weekend—will enable Enbridge's counsel to balance its other deadlines with the obligations in this case.

4. Granting this 10-day extension of time for Enbridge to file its answering brief will not unduly delay this appeal.

Accordingly, Enbridge respectfully requests a 10-day extension of time, to and including July 10, 2026, to file its answering brief.

Respectfully submitted,

Phillip J. DeRosier
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
(313) 223-3866
pderosier@dickinsonwright.com

Jeffery V. Stuckey
DICKINSON WRIGHT PLLC
123 W. Allegan Street, Suite 900
Lansing, MI 48933
(517) 371-1730
jstuckey@dickinsonwright.com

/s   Alice Loughran                              .
Alice E. Loughran
STEPTOE LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-6202
aloughran@steptoe.com

John J. Bursch
Bursch Law PLLC
9339 Cherry Valley Avenue SE, #78
Caledonia, MI 49316
(616) 450-4235
jbursch@burschlaw.com

Dated:  June 22, 2026

2

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing motion to be filed with the Clerk of the United States Court of Appeals for the Sixth Circuit via the CM/ECF system and served a copy on all counsel of record, this 22nd day of June, 2026, by the CM/ECF system.

/s/ Alice E. Loughran
Alice E. Loughran