**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | |
|---|---|
| ENBRIDGE ENERGY, LP, *et al.*,<br>Plaintiffs-Appellees,<br>v.<br>GRETCHEN WHITMER, *et al.*,<br>Defendants-Appellants. | Appeal No. 26-1021 |

**APPELLEES' NOTICE OF ERRATA**

Appellees respectfully notify the Court of non-substantive omissions in their answering brief filed on July 24, 2026: the Statement Regarding Oral Argument and the Corporate Disclosure Statement. Both are attached hereto.

Dated: July 27, 2026

Respectfully submitted,

s/ Alice E. Loughran .

Phillip J. DeRosier
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
(313) 223-3866
pderosier@dickinsonwright.com

Jeffery V. Stuckey
DICKINSON WRIGHT PLLC
123 W. Allegan Street, Suite 900
Lansing, MI 48933
(517) 371-1730
jstuckey@dickinsonwright.com

Alice E. Loughran
STEPTOE LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-6202
aloughran@steptoe.com

John J. Bursch
BURSCH LAW PLLC
9339 Cherry Valley Avenue SE
Caledonia, MI 49316
(616) 450-4235
jbursch@burschlaw.com

## Statement Regarding Oral Argument

Appellees respectfully submit that oral argument would be helpful in this appeal. While this appeal should be resolved based on existing precedent under the Pipeline Safety Act and the Foreign Affairs doctrine, the panel may have questions for the parties on these important issues. Further, this appeal presents weighty issues implicating the views of two sovereigns—the United States and Canada.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations and Financial Interest

Sixth Circuit
Case Number: 26-1021 Case Name: Enbridge Energy LP v. Whitmer

Name of counsel: Alice E Loughran

Pursuant to 6th Cir. R. 26.1, Appellees
*Name of Party*
makes the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation? If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

Appellees Enbridge Energy, LP, Enbridge Energy Co., Inc. and Enbridge Energy Partners, L.P. are each indirect, wholly owned subsidiaries of Enbridge Inc., a publicly traded company.

2. Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome? If yes, list the identity of such corporation and the nature of the financial interest:

Appellees are not aware of any publicly traded company that is not a party to this appeal and that has a financial interest in the outcome of the proceedings.

CERTIFICATE OF SERVICE

I certify that on July 27, 2026 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Alice E Loughran

This statement is filed twice: when the appeal is initially opened and later, in the principal briefs, immediately preceding the table of contents. See 6th Cir. R. 26.1 on page 2 of this form.

## CERTIFICATE OF SERVICE

I certify that on July 27, 2026, I caused a true and correct copy of the foregoing errata to be served via the Court's ECF system upon all counsel of record. I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Alice E. Loughran
Alice E. Loughran
STEPTOE LLP