**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 07, 2026

Mr. Keith David Underkoffler
Office of the Attorney General
of Michigan
P.O. Box 30755
Lansing, MI 48909

    Re:  Case No. 26-1021
         *Enbridge Energy, LP, et al v. Gretchen Whitmer, et al*
         Originating Case No. 1:20-cv-01141

Dear Counsel,

   The appellant's motion for an extension of time to file the reply brief has been GRANTED.  The reply brief is now due **August 28, 2026**.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Roy
Direct Dial No. 513-564-7016

cc: Mr. John Kenneth Adams
    Ms. Echo Aloe
    Mr. Daniel Paul Bock
    Ms. Alison Elisabeth Borochoff-Porte
    Ms. Valerie Jo Mac Millan Brader
    Mr. Andrew Buchsbaum
    Mr. Phillip J. DeRosier
    Mr. Jacob James Demree
    Mr. Gordon Davies Giffin
    Mr. Douglas Hayes
    Ms. Grace Judge
    Mr. David R. Jury

Ms. Dana Kaersvang
Mr. Riyaz A. Kanji
Mr. Oliver Larson
Ms. Alice Elizabeth Loughran
Mr. Matthew Lutwen
Ms. Rebecca Millican
Mr. Jonathan D. Newman
Mr. James Mark Olson
Mr. Ryan Petty
Mr. Blake Phillips
Ms. Kaitlyn D. Shannon
Mr. Simon A. Steel
Mr. Jeffery V. Stuckey
Mr. Bruce T. Wallace
Mr. Michael Ray Williams